ADAMS v. LISHER. on Appeal.

*LISHER* sued *Adams* in an action for a malicious prosecution, in causing him to be prosecuted in the District Court of the *United States* for cutting timber on the public land. Plea, not guilty. On the .trial, the Circuit Court, at the plaintiff's request, charged the jury as follows:—"That the record of acquittal of *Lisher* in the District Court, is *prima facie* evidence of the want of probable cause, and puts the defendant on the proof of probable cause." Verdict and judgment for the plaintiff. The defendant appealed.

Saturday, *November* 29.

*Held*, that *Lisher's* acquittal was not *prima facie* evidence of the want of probable cause for the prosecution against him; and that the instructions to the jury were therefore erroneous. 2 Stark. Ev. 913.—2 Saund. Pl. & Ev. 663.—*Incledon* v. *Berry et al.* 1 Camp. 203, note.—*Purcell* v. *Macnamara*, 9 East, 361.— *Burley* v. *Bethune*, 5 Taunt. 580 (1).

The judgment was reversed with costs.

P. *Sweetser* and W. W. *Wick*, for the appellant.

C. *Fletcher* and H. F. *Robison*, for the appellee.

(1) "It is invariably necessary, in an action of this nature, (*mal. pros.*) to give some positive evidence, arising out of the circumstances of the prosecution, to show that it was groundless; it is insufficient to prove a mere acquittal, or even to prove any neglect or omission on the part of the defendant to make good his charge, for, as was observed in the case of *Purcell* v. *Macnamara*, 9 East, 361, the prosecution may have been commenced and abandoned from the purest and most laudable motives." 2 Stark. Ev. 5th Amer. ed. 493.